## VERIFIED RETURN OF SERVICE

State of Florida      County of Southern      U.S. District Court

Case Number: 0:20-CV-60131-RAR

MLS2020000278

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**FLIP FLOPS DOCKSIDE EATERY LLC, ETC.**

For:
Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

Received by MULBERRY LEGAL SERVICES on the 23rd day of January, 2020 at 9:36 am to be served on **FLIP FLOPS DOCKSIDE EATERY, LLC BY SERVING ITS REGISTERED AGENT, SPIEGEL & UTRERA, P.A., 1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145**.

I, Roberto Lindsay, do hereby affirm that on the **28th day of January, 2020** at **11:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARVY SANCHEZ** as **LEGAL ASSISTANT** for **FLIP FLOPS DOCKSIDE EATERY, LLC BY SERVING ITS REGISTERED AGENT, SPIEGEL & UTRERA, P.A.** at the address of: **1840 SW 22ND STREET, 4TH FLOOR, MIAMI, FL 33145** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: HISPANIC, Height: 5'4, Weight: 180, Hair: BLOND, Glasses: N

## VERIFIED RETURN OF SERVICE For 0:20-CV-60131-RAR

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Roberto Lindsay
C.P.S. 1094

**MULBERRY LEGAL SERVICES**
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526

Our Job Serial Number: MLS-2020000278
Ref: 00479

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g